252 So.2d 438

**STATE of Louisiana ex rel. Daniel Ezell NAILS, Jr.**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.**

No. 51722.

Sept. 21, 1971.

In re: Daniel Ezell Nails, Jr. applying for writ of habeas corpus.

Writ denied. Relator's allegations have, in the most part, been previously disposed of on appeal are not reconsidered. See Barksdale v. Dees, 252 La. 434, 211 So.2d 318. Relator is not entitled to the relief prayed for under his other allegations.